DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. RIGGSBEE

No. 55 PC.

Case below: 30 N.C. App. 597.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1976.

STATE v. TOLLEY

No. 13 PC.

Case below: 30 N.C. App. 213.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 November 1976.

STATE v. WASHINGTON and PARTLOW

No. 68 PC.

Case below: 30 N.C. App. 751.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 November 1976.

STUTTS v. SWAIM

No. 75 PC.

Case below: 30 N.C. App. 611.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 November 1976.

TOWNSEND v. FRYE

No. 63 PC.

Case below: 30 N.C. App. 634.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 4 November 1976.